# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-356
Lower Tribunal No. 06-964
_____

## Giovanna Settimi Caraffa, as personal representative of the Estate of Benedetto Emanuelle Caraffa,

Appellant/Cross-Appellee,

vs.

## Carnival Corporation,

Appellee/Cross-Appellant.


An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

Gordon & Rees Scully Mansukhani, David M. Gersten and Christopher A. Noel; Lipcon, Margulies, Alsina & Winkleman, and Michael A. Winkleman, for appellant/cross-appellee.

Ross & Girten, and Lauri Waldman Ross and Theresa L. Girten; Foreman Friedman, and Jeffrey E. Foreman, Noah D. Silverman and Rachael Mitchell Fagenson, for appellee/cross-appellant.


Before WELLS and LOGUE, JJ., and LEVY, Senior Judge.

WELLS, Judge.

Giovanna Settimi Caraffa, as personal representative for the estate of Benedetto Emanuelle Caraffa, appeals a final judgment in favor of the defendant below, Carnival Corporation. Finding no merit, we affirm the final judgment and therefore find no need to address, and do not address, Carnival Corporation's cross-appeal.

Affirmed.